AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Victor Pedraza, | ) | Case No. |
| Osvaldo Pedraza | ) | 22-MJ-85-1 and 22-MJ-85-2 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 16, 2021  in the county of  Philadelphia  in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Sometime after September 16, 2021 in Philadelphia, within the Eastern District of Pennsylvania, defendant VICTOR and OSVALDO PEDRAZA, did unlawfully travel in interstated commerce from Philadelphia, Pennsylvania to Mexico, to avoid prosecution for murder, which is a felony crime under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, section 1073.

☐ Continued on the attached sheet.

/s/ Benjamin P. Paris
*Complainant's signature*

Benjamin P. Paris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/18/2022

/s/ Carol S. Moore Wells
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Carol S. Moore Wells, US Magistrate Judge
*Printed name and title*

1.      On Thursday, September 16, 2021, at 1:56am, officers from the Philadelphia Police Department (PPD) responded to a radio call report of a "Person Screaming," at 1301 E. Passyunk Avenue, Pat's Steaks. Upon arrival, the officers observed an unresponsive victim, identified as Isidro Cortes (Cortes), lying on the highway suffering from severe trauma to the head. Emergency Medical Services (EMS) responded to the scene and pronounced Cortes dead.

2.      An investigation conducted by PPD revealed that VICTOR PEDRAZA (VICTOR), OSVALDO PEDRAZA (OSVALDO) and two additional Unidentified Subjects (UNSUBS) attacked three victims for unknown reasons.  During the attack, Cortes was punched and kicked while he (Cortes) was laying on the ground and unable to defend himself.  This incident was captured on security cameras at the location.

3.      A search warrant was later executed at OSVALDO's residence.  Items of evidentiary value were recovered to include a credit card and Mexican passport in OSVALDO's name and a shirt similar to the one worn by OSVALDO during the incident.  However, OSVALDO and VICTOR were unable to be located during the search or after arrest warrants were obtained.

4.      On September 19, 2021, arrest warrants for Murder, Assault and Conspiracy (and other lesser charges) were issued by the Municipal Court in Philadelphia County for OSVALDO and VICTOR (warrants are affixed hereto).

5.      On February 16, 2022, FBI, Mexico City (MX) Assistant Legal Attache (ALAT) Edwin Nam (Nam) contacted the Philadelphia Division's Violent Crime Task Force and advised that Ivan Jacobo Martinez Gutierrez, a prosecuting attorney in the State of Mexico, head of Agencia de Investigación Criminal (AIC)  knew the location of VICTOR and OSVALDO.  According to Nam, AIC developed VICTOR and OSVALDO as subjects in an unrelated, local theft investigation.  AIC is also aware that VICTOR and OSVALDO as subjects in a homicide investigation in Philadelphia, PA.  During the course of AIC's investigation, they have learned the current address for VICTOR and OSVALDO in Mexico.

6.      Information obtained from the Department of Homeland Security (DHS) and PPD indicate that VICTOR and OSVALDO are Mexican citizens.  As such it is likely that they fled the United States and returned to Mexico following the above described homicide.

///

7. Due to the above facts, your affiant believes VICTOR PEDRAZA (VICTOR) and OSVALDO PEDRAZA (OSVALDO) have fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section1073.

/s/ Benjamin P. Paris

Benjamin P. Paris
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me

this  18th   day of February, 2022

/s/ Carol S. Moore Wells

Honorable Carol S. Moore Wells
United States Magistrate Judge

Commonwealth of Pennsylvania
Philadelphia Municipal Court

County of: Philadelphia
First Judicial District



**WARRANT OF ARREST**

*Original*

**COMMONWEALTH OF PENNSYLVANIA**
**v.**
**VICTOR H PEDRAZA**

Defendant's Address(s):

1419 S PERCY ST Philadelphia, PA 19100

| Issuing Authority |
|---|
| **ACM DEBRA RAINEY** |

Citation/Complaint No : COM-0004786-2021
Docket No :
Warrant Control No : **WAR-0004786-2021**
Date Citation/Complaint Filed : 09/19/2021

Charge(s):

| Code | Grade | Description | Count |
|---|---|---|---|
| CC2502 | H | Attempt to commit MURDER | 1 |
| CC2502 | H | MURDER | 1 |
| CC0903 | H | CRIMINAL CONSPIRACY | 1 |
| CC2702 | F1 | AGGRAVATED ASSAULT | 2 |
| CC0903 | F1 | CRIMINAL CONSPIRACY | 2 |
| CC2701 | M2 | SIMPLE ASSAULT | 2 |
| CC2705 | M2 | REAP | 3 |

*Additional charges, if any, are listed on separate page*

**DESCRIPTIVE INFORMATION:**

| | | |
|---|---|---|
| Social Security Number: | Age: **33** | Race: **Unknown** |
| Sex: **Male** | Height: **68** | Eye Color: **Brown** |
| Date of Birth: **09/20/1988** | Weight: **175** | Hair Color: **Black** |
| Telephone Number: **(215)000-0000** | | |

**Distinguishing features (scars, tattoos, facial hair, disability, etc):**

Alias(es):

TO POLICE OFFICER:
In the name of the Commonwealth of Pennsylvania, you are commanded to take    **VICTOR H PEDRAZA,**
the defendant, into custody for  115  Criminal homicide  willful killing, murder & non-negligent manslaughter by beating
Issued under my hand this   19   day of **September , 2021**



Signature        Issuing Authority

Commonwealth of Pennsylvania
Philadelphia Municipal Court

County of: Philadelphia
First Judicial District



# WARRANT OF ARREST

Original

COMMONWEALTH OF PENNSYLVANIA
v.
OSVALDO PEDRAZA

| Issuing Authority |
|---|
| ACM DEBRA RAINEY |

Defendant's Address(s):

2617 E NORRIS ST Philadelphia, PA 19100

Citation/Complaint No : COM-0004787-2021
Docket No :
Warrant Control No : WAR-0004787-2021
Date Citation/Complaint Filed : 09/19/2021

Charge(s):

| Code | Grade | Description | Count |
|---|---|---|---|
| CC2502 | H | Attempt to commit MURDER | 1 |
| CC2502 | H | MURDER | 1 |
| CC0903 | H | CRIMINAL CONSPIRACY | 1 |
| CC2702 | F1 | AGGRAVATED ASSAULT | 2 |
| CC0903 | F1 | CRIMINAL CONSPIRACY | 2 |
| CC0907 | M1 | PIC | 1 |
| CC2701 | M2 | SIMPLE ASSAULT | 2 |
| CC2705 | M2 | REAP | 3 |

*Additional charges, if any, are listed on separate page*

**DESCRIPTIVE INFORMATION:**

Social Security Number:   Age: **34**   Race: **Unknown**
Sex: **Male**   Height: **68**   Eye Color: **Brown**
Date of Birth: **03/21/1987**   Weight: **175**   Hair Color: **Black**
Telephone Number: **(215)000-0000**

**Distinguishing features (scars, tattoos, facial hair, disability, etc):**
Mexican national

Alias(es):

TO POLICE OFFICER:

In the name of the Commonwealth of Pennsylvania, you are commanded to take   **OSVALDO PEDRAZA,**
the defendant, into custody for  115  Criminal homicide  willful killing, murder & non-negligent manslaughter by beating
Issued under my hand this  19  day of **September , 2021**



Signature   Issuing Authority

OSVALDO PEDRAZA,   DC#:  2103042823   Page 1 of 1   03574   Printed: 01/05/2022 01:43 PM